IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUAN JOHNS<br>AND<br>MARY FRANCES JOHNS, His Wife<br><br>  Plaintiffs<br><br>vs.<br><br>FLINTKOTE COMPANY, et al.<br><br>  Defendants | BML NO. 4<br><br>CIVIL ACTION NO.<br>WN-91-1326 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

AND NOW THIS 27th day of August, 2001, upon consideration of Plaintiffs' Motion, it is

ORDERED that the Plaintiffs be granted leave to file an Amended Complaint.

_____
United States District Judge

Charles R. Weiner